United States District Court
Eastern District of Michigan

Walter Alexander Ceron Linares,

    Petitioner,

v.

Kevin Raycraft, Acting Field Office Director of Enforcement and Removal Operations, Detroit Field Office, et al.,

    Respondents.

Civil No. 26-10157

Honorable Linda V. Parker
Mag. Judge Anthony P. Patti

## Stipulated Order Transferring Case to the Western District of Michigan

The parties dispute whether the Eastern District of Michigan has jurisdiction over this matter, but both parties agree that the Western District of Michigan has jurisdiction. In order to conserve limited party and judicial resources, and in order to allow for the prompt resolution of this matter, the parties stipulate to the transfer of this case to the Western District of Michigan. Accordingly,

IT IS HEREBY ORDERED that this matter be transferred to the Western District of Michigan.

                                              s/ Linda V. Parker
                                              LINDA V. PARKER
                                              U.S. DISTRICT JUDGE

Dated: January 27, 2026

**Stipulated and Agreed to By:**

Immigration Law, PLLC

*/s/ Brad Thomson (w/ consent)*
Brad Whittney Thomson (P74539)
2500 Packard Street
Suite 109
Ann Arbor, Michigan 48104
(734) 369-2378
brad@immigrationlawpllc.com

*Attorneys for Petitioner*

Dated: January 27, 2026

Jerome F. Gorgon
United States Attorney

*/s/ Zak Toomey*
Zak Toomey (MO61618)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9617
zak.toomey@usdoj.gov

*Attorneys for Respondents*

Dated: January 27, 2026